

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| EEOC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 24-cv-452-JFJ |
| v. | ) | |
| UROLOGIC SPECIALISTS OF OKLAHOMA, INC. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Urologic Specialists of Oklahoma, Inc.
c/o Registered Service Agent
Robert R Bruce MD
10901 East 48th Street South
Tulsa, OK 74146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lauren W. Johnston
Joshua C. Stockton
EEOC
Oklahoma Area Office
215 Dean A. McGee, Suite 524
OKC, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* Heidi D. Campbell

Date:   SEP 2 5 2024          _____
*Signature of Clerk or Deputy Clerk*

*mailed to attorney*